LAW OFFICES OF

**KOFFSKY & FELSEN, LLC**

1261 POST ROAD, SUITE 202B
FAIRFIELD, CONNECTICUT 06824
(203) 327-1500
FACSIMILE (203) 327-7660
www.koffskyfelsen.com

BRUCE D. KOFFSKY
AUDREY A. FELSEN

777 WESTCHESTER AVENUE
SUITE 101
WHITE PLAINS, NY 10604

November 2, 2026

**Via ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

RE: United States v. Mikhail Davis
Docket No. 7:26-cr-00487-KMK-5

Dear Judge Karas:

The undersigned has been appointed to represent defendant Mikhail Davis in the above-captioned matter. At an initial appearance hearing on October 21, 2026, the Court ordered Mr. Davis released on bond with conditions and gave him until October 30, 2026 to have two financially responsible people co-sign his bond. As of the filing of this letter, the government has approved Mr. Davis' cosigners, and we are awaiting their signed bond so we can arrange remote signing with a court clerk.

Undersigned respectfully requests that Mr. Davis' deadline to comply with the deadline for the cosigning of his bond be extended to November 3, 2026, nunc pro tunc. AUSA David Markewitz consents to this request.

Granted.

So Ordered.

Respectfully Submitted

THE DEFENDANT,
Mikhail Davis

By: */s/ Bruce D. Koffsky*

BDK/dgb

cc: All Attorneys of Record via ECF
UPSO Nelson Valenzuela via email